■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY LEACH, Appellant. [994 NYS2d 870]—

Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed September 27, 2012, upon his conviction of manslaughter in the first degree, upon a jury verdict, the resentence being five years of postrelease supervision in addition to a determinate term of imprisonment previously imposed by the same court (Kreindler, J.) on November 8, 1999.

Ordered that the resentence is affirmed.

Since the defendant was still serving his original sentence when the resentence was imposed, the resentence to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Kearney*, 116 AD3d 1064 [2014]; *People v Flowers*, 116 AD3d 710 [2014]). Dillon, J.P., Dickerson, Roman and Sgroi, JJ., concur.